# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Fátimazöhra Nouinou

Write the full name of each plaintiff or petitioner.

-against-

Peter Dennis Read Smith

Write the full name of each defendant or respondent.

Case No. __20__ CV __8682 [LLS]__

## NOTICE OF MOTION
To Correct Order to Amend dated 30 March 2021 and Change Judge

PLEASE TAKE NOTICE that **Plaintiff** / plaintiff or defendant, **Fátimazöhra Nouinou** / name of party who is making the motion, requests that the Court:

1- To Correct Order to Amend by Deleting Word "Sprawling" as Plaintiff Submitted her Complaint Organized and Tidy, and Deleting World "Mental Health" as her Husband is Not Mentally Ill but has been Suffering Anguish and Pain being Abused as U.S. Citizen.

2- To Change Judge as Plaintiff's Case is a Matter of National Security since she faced Espionage by a Disloyal American who Received Bribes from a Dictator Foreign Nation.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit
Press Mentioning Plaintiff submitting her Application as Candidate for UN Secretary-General Position in 2022. See Annex 1

☒ the following additional documents:
Plaintiff has been and is communicating wit Heads of State and Government for her Nomination; Attention to Details is one of her Skills and her Husband is Healthy Supporting her. See Annex 2

**28 April 2021**
Dated
Fátimazöhra Nouinou

Signature

Name
45 Tudor City Place, Apt 1202
Address
347 401 1576
Telephone Number (if available)

Prison Identification # (if incarcerated)
New York       NY       10017
City            State    Zip Code
nouinou_usa@yahoo.com
E-mail Address (if available)