# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

*RECEIVED*
*SDNY PRO SE OFFICE*
*2021 APR 28  PM 2: 56*

Fátimazöhra Nouinou

_____

Fill in above the full name of each plaintiff or petitioner.

-against-

Peter Dennis Read Smith

_____

_____

_____

_____

Fill in above the full name of each defendant or respondent.

Case No. __20__ CV __8682 [LLS]__

# DECLARATION

1- Opposition to Judge Stating Plaintiff's Case File Sprawling and her Husband's Mental Health; She submitted a Tidy Organized Case File and her Husband is Not mentally ill.

2- Plaintiff's Request of a Judge who Focuses on Her Case Involving Espionage by a Disloyal American Bribed by a Foreign Dictator Nation; a Matter of U.S. National Security.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, _____Fátimazöhra Nouinou_____ , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

## First Request in This Motion:

Motives: Plaintiff is proceeding Pro Se and in forma pauperis [IFP].

Plaintiff who is New York Citizen, states a Claim against Peter Dennis Read Smith who is Massachusetts Citizen under Federal Law; Court has Diversity Jurisdiction over Matter.

Defendant violated Plaintiff's Rights, discriminating against her in her Work in the UN in

violation of Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, 42 U.S.C. § 1981.

United States District Court
Southern District of New York
Motion to Correct Order to Amend and Change Judge

Fátimazöhra Nouinou vs Peter Dennis Read Smith
Case No.: 20-CV-8682 [LLS]
28 April 2021

Defendant -who is a Citizen of the United States- Spied on the Plaintiff who has been a Political Asylum Applicant in United States against Morocco that invaded her Homeland the former International Tangier and threatened her as the only Tangier National who worked at the UN for about 20 years.

On 30 March 2021, the Court issued Order to Amend, due to the presence -in the First Amended Complaint- of the Second Defendant, alien and foreign National, which destroys diversity jurisdiction, and stating that the Plaintiff's First Amended Complaint was 'sprawling'. The word sprawling means 'spreading out over a large area in an untidy or irregular way'.

The Plaintiff would like to bring to the attention of the Court that she has hand delivered her First Amended Complaint on 21 [Not 26] January 2021 when she arrived few minutes after the closure of the Pro Se Intake Office at the Building on 40 Foley Square; it was the day of her filing deadline. She was requested by the Court Security of the Building on 40 Foley Square to stamp her First Amended Complaint with all its Annexes and hand deliver it to the Security of the Building on 500 Pearl Street where she also stamped her First Amended Complaint with all its Annexes, then placed it in an envelope together with all its Annexes that she had prepared attentively, alone without attorney, in an organized and tidy manner, labelling each annex in conformity with the related paragraph in her submitted first amended complaint statement, indicating her full name and her case number, and numbering the pages of her first amended complaint statement, doing so carefully with extreme attention to details.

The Security Officers in both Buildings of 40 Foley Square and 500 Pearl Street, and who chatted with the Plaintiff, witnessed how diligently she spent adequate time in stamping her case file documents one by one, how she inserted all her case file into the envelope that she labeled with her full name and her case number.

The plaintiff would like to inform the Court that she would cancel any kind of project before delivering it anywhere in a sprawled way; let alone to a Court in the United States of America, the Country of Freedom and Justice that she believes in. In fact, organizing files has been a skill of the plaintiff and for which she has been praised since she was in kindergarten.

The plaintiff would like the Court to know that she would have preferred to be notified of any existing irregularity in the presentation of her case for her to apologize on time and rearrange her file, instead of being defamed in a public order that she is unorganized and untidy; a habit that has never been part of her personality as she always cares more about her holy worldwide reputation and her sacred name that she gave to her husband and will give to her children.

The Plaintiff would like to let the Court know that writing a comment of sprawling about her presentation of documents in a public court document would be a harm to her mainly that she was not informed of any investigative process taken by the court to find out when and how the

United States District Court
Southern District of New York
Motion to Correct Order to Amend and Change Judge

Fátimazöhra Nouinou vs Peter Dennis Read Smith
Case No.: 20-CV-8682 [LLS]
28 April 2021

Plaintiff indeed delivered her case file carelessly without tiding and/or organizing it; a fact that would have been checked, communicated to her and confirmed before issuing a public order.

Concerning the length of pages exceeding 800, with utmost respect to the Court Ruling Procedures, mainly complying with Rule 8 of the Federal Rules of Civil Procedure, the Plaintiff would like to assure the Court that she had no intention whatsoever to overwhelm the Court with extra paperwork. Her target was and is to furnish the Court with entire truth, sufficient evidence and enough facts that are all interrelated and which all led to the source of conspiracy against her by Moroccan Government that plotted a plan to harm and attack her as a Female International Employee. Her aim was and is to document the true occurrences of events.

Also, in Order to Amend dated 30 March 2021, the Court stated that the Plaintiff's husband has mental health issues. It is Not true. The Plaintiff's husband has been enduring pain and anguish due to the unbearable trauma that he was exposed to as a U.S. Citizen Child born, abandoned and abused physically and morally overseas while the American Consulate that he used to visit as an American Kid together with his kidnappers and abusers, recklessly mishandled his status and never interviewed him alone in order to find out where, how and with whom he was living, whether he used to go to the American School where he never enrolled in, and whether he was benefitting from his child allowance that his abusers illegally took and misused for themselves.

The Plaintiff included this private detail and personal information in her Case to demonstrate - as a valid fact- how devil the plot plan of Peter Dennis Read Smith as an American Citizen was in order to extend his harassment and intimidation to her husband after Peter Dennis Read Smith had received Bribes from the Government of Morocco where her husband could have been put in an Orphanage and could have been sexually abused as an American Child, same Government which had threatened her for having worked in UN Peacekeeping and then launched an attack to harm and get her out of her UN Job after she became an Asylee in America against Morocco.

The Plaintiff would appreciate it if the Court would understand that the Public does Not need to know this sensitive exclusive life damage that her husband has been a victim of, which was the lack of monitoring American Children born and raised overseas by U.S. Consulate as U.S. Citizen Kids overseas can be exposed to sexual exploitation and abuse, same as other countries' kids.

**Requested Action:**

The Plaintiff requests the Court to modify its Order to Amend dated 30 March 2021 in order to:

1- Include accurate facts about when and how Plaintiff's case file was presented by her to the Court Security and how it reached Court Desks and the Judge. Cameras in both Lobbies of both Buildings on 40 Foley Square and 500 Pearl Street could be verified to look at how the Plaintiff was taking care of her Case File before presenting it to the Court with trust and confidence.

United States District Court
Southern District of New York
Motion to Correct Order to Amend and Change Judge

Fátimazöhra Nouinou vs Peter Dennis Read Smith
Case No.: 20-CV-8682 [LLS]
28 April 2021

2- Correct the fact that the Plaintiff's Husband has mental health issues because he is Not mentally ill; he has been suffering pain and anguish due to his traumatized childhood as an American Citizen Born, Abandoned and Abused physically and morally overseas. What should have been mentioned in the Order is that Harassment and Intimidation of Peter Dennis Read Smith to the Plaintiff's Husband at his workplace outside her workplace -after he had cut her UN employment contract causing her a job loss and insulted her of Psycho- affected his health.

**Second Request in this Motion:**

**Motives:** Defendant carried out an Espionage Mission for Morocco which paid him Bribes.

Defendant had worked as the Special Assistant to the former Moroccan Assistant Secretary-General of United Nations and who was sued in this Court for having spied on American Citizens for Morocco while receiving payment from Qatar. Defendant fled United States to Hungary.

The Court -for years - has had in its Docket Alarming Cases implicating the United Nations Breach of Law and Order in the United States, but Immunity impedes the Court proceedings with any litigation and/or prosecution involving United Nations Secretary-General and several United Nations Officials despite the harm they cause to our world and our humanity globally.

The Plaintiff is diligently pursuing Justice in her Case while Campaigning to become the First Woman Secretary-General of United Nations in 2022, using her very limited own finances. Her request for Nomination has been submitted to UN General-Assembly, UN Security Council, her Country of Citizenship Turkey, her Motherland Spain and her Country of Residence USA. She communicated with the U.S. Congress her request for her Taxation requirement being a Citizen of New York and a U.S. Taxpayer. Her name as a Candidate has been mentioned in the Press.

Should the Plaintiff be elected UN Secretary-General, she will take the lead in studying together with the U.S. Congress and World Leaders the International Organizations Immunities Act, the Convention on UN Privileges and Immunities, the UN-US Agreement and the McCarran Act, as well as other UN related Law, and find a way to hold the UN accountable for its crimes against humanity, punishing those who commit corruption, fraud and espionage in USA and worldwide.

Employing Disloyal Americans at the UN has been taking place since the appointment of the First UN Secretary-General Trygve Lie in 1946, and whose General Counsel Abraham Feller -U.S. Citizen- committed suicide by jumping out of the window of his apartment here in New York.

The UN has come under the U.S. Government Scrutiny since the Conviction of the American Alger Hiss for Perjury related to Espionage for the Soviet Union when he worked as an Acting Secretary-General of United Nations at the first convening of the UN in San Francisco in 1945. Anyhow, World Dictators have been getting away with their Criminal Schemes in this Blessed Land.

The Conspiracy of Foreign Nationals on American Soil has been noticed since the

Assassination of Two Great Leaders of Our Century: The 35th American President Jean

F. Kennedy and the Second UN Secretary-General Dag Hammarskjöld as the death of both of them remains a mystery until today.

In 1971, the CIA called Details provided in 1971 about the Controversial Military Records of the Fourth UN Secretary-General Kurt Waldheim 'Unimportant'.

In 1987, after he had spent Ten {10} years living in New York and leading the United

Nations, The U.S. Department of Justice and the U.S. Department of State announced evidence that an investigation conducted by the U.S. Justice Department's Office of

Special Investigations [OSI] establishing that Kurt Waldheim participated in Nazi Crimes. And he became the First UN Secretary-General and Head of State to be declared a Persona Non-Grata and be put on U.S. Watchlist.

Requested Action:
The Plaintiff requests the Court to change the Judge ruling on her Case because she requires a Judge who would prevent risk and issue public orders, protecting the private matters and personal circumstances of the Plaintiff, her Husband and her Family, while focusing on the gravity of case merits and which are Espionage by a Disloyal American who received Bribes from a Dictator Foreign Nation in order to carry out Spying Activities on UN Employee Asylee in United States and Wife of U.S. Citizen; these elements make

Peter Dennis Read Smith who fled USA to Hungary, a Threat to U.S. National Security.

The Plaintiff would like to extend her gratitude to the Court for its Consideration of her

Motion and remains at the disposal of the Court for any inquiry related to her motion.
Attach additional pages and documents if necessary.

28 April 2021

_____
Executed on (date)
Fátimazöhra Nouinou

_____
Name
45 Tudor City Place, Apt 1202

_____
Address
347 401 1576

_____
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)
New York          NY          10017

_____
City          State          Zip Code
nouinou_usa@yahoo.com

_____
E-mail Address (if available)

Trudeau of Canada. The policy brief.

• "Scores of Chinese and foreign companies producing 'well-known global brands' may be involved in human trafficking, forced labour and other human rights abuses in China's **Xinjiang** region, a UN working group said on Monday, calling more attention to an issue that Beijing is increasingly on the defensive about," the South China Morning Post reports.

• A new person, Fátima Nouinou, has submitted her application as a **candidate for UN secretary-general,** as the selection process is underway for the 2022-2026 term. (Officially, only Guterres is a candidate so far.)

• Here's a good summary of the recently ended **Commission on the Status of Women's** conference, by Stéphanie Fillion, for the Friedrich Ebert foundation.



*The president of the UN General Assembly, Volkan Bozkir, on screen in New York City, meeting US Secretary of State Blinken, beamed in from Washington, March 20, 2021. FREDDIE EVERETT/STATE DEPARTMENT*

**Tuesday, March 31**

• "Inger Andersen, the executive director of the **United Nations Environment Program,** has been working from Copenhagen since March 2020 — away from the agency's headquarters in Nairobi for a year." Maurizio Guerrero reports for PassBlue on the potentially symbolic effects of the UN agency's head not being physically in the country, despite the pandemic.

• Spokesperson's briefing: At the General Assembly session on **Syria,** Guterres reiterated his call for a negotiated political settlement, per Security Council Resolution 2254. He urged several steps to combat the growing humanitarian crisis in Syria and ending the 10-year war, including allowing free, fair elections and addressing the plight of detainees. "Despite the UN's massive response in Syria and across the region, more humanitarian access is required to those in need," he said. "A large-scale cross-border response for an additional 12 months remains essential to save lives."

• Relatedly, the pledging conference in Brussels for Syrian humanitarian aid garnered $4.4 billion to assist millions of Syrian refugees and internally displaced persons this year, as the civil war entered its second decade this month, VOA reports.



never been a non-male is insane and a disgrace."

At least three women, from civil society and the UN itself, have publicly declared their candidacies this year: Arora Akanksha, an auditor who has worked at the UN for four years. She has asked for the endorsement of her country, Canada, but that has not emerged. Fátima Nouinou, who is a Turkish citizen, is another applicant, as is Emma Reilly, an Irish-British citizen who calls herself a "protest candidate" and is a UN human-rights law expert working in Geneva.

"In Latin America in general, there is more interest and, I think, it is because of the [principle of] regional rotation," Andrea Venzon, the other founder of Forward, said about possible women candidates. When it comes to possible successors to Guterres this year, he added, "the Latin American region seems more friendly to the idea."

So, who are the potential candidates being mentioned in the informal polls in the Latin American-Caribbean political system?

• **Michelle Bachelet**, 69, was the first woman president of Chile, from 2006 to 2010 and from 2014 to 2018, after serving as a health minister and a defense minister — the first Latin American woman to serve in the latter post. In 2011, she was appointed as the first executive director of UN Women, an agency created to promote women's and girls' rights globally. She has been the UN high commissioner for human rights, based in Geneva, since September 2018.

Bachelet, who is also a physician, lived in exile for a long period with her mother, Ángela Jeria Gómez, after they were tortured in 1975 in a detention center in Santiago; two years earlier, Bachelet's father, Alberto Arturo Miguel Bachelet, a Chilean brigadier general, was imprisoned by the Augusto Pinochet regime and tortured daily, dying of a heart attack in prison in 1974.

As the UN's top human-rights official, Bachelet has been critical of Israeli policies and actions, which led to a confrontation with the Trump administration. She has censured the Chinese government's mass-scale abuses in Xinjiang Province as well as the mass killings in Tigray, Ethiopia. Her criticisms have been considered mild by the global human-rights community when compared with that of her immediate predecessor, Zeid Ra'ad Al Hussein of Jordan, who did not pursue a second term given the animosity he stirred up, specifically from the United States. Bachelet was also not favored by the Trump administration, but Guterres overrode those objections and chose her for the Geneva post. Bachelet could encounter resistance from China if she decides to run for secretary-general, given her criticism of the Xi Jinping regime on the Uighurs. China and the other permanent members of the UN Security Council — Britain, France, Russia and the US — ultimately decide who gets the UN post.

• **Alicia Bárcena** is a 69-year-old Mexican administrator who, except for an early post at a now-closed ministry of the Environment, Natural Resources and