UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATIMAZOHRA NOUINOU,

                Plaintiff,

-against-

PETER DENNIS READE SMITH,

                Defendant.

20-CV-8682 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued September 22, 2021, dismissing the second amended complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the second amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 22, 2021
           New York, New York

                                                                   _Louis L. Stanton_
                                                                     Louis L. Stanton
                                                                        U.S.D.J.